**Daron J. PARKER, Appellant,**

v.

**STATE of Missouri, Respondent.**

ED103798

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: December 20, 2016

Matthew Huckeby, Office of the Missouri Public Defender, Louis, MO, for appellant.

Daniel N. McPherson, Assistant Attorney General, Jefferson City, MO, for respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

PER CURIAM.

ORDER

Daron J. Parker appeals the judgment of the motion court denying, without an evidentiary hearing, his Rule 24.035 motion for post-conviction relief. We affirm.

An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).